1268

No. 10–5829. HARKNESS *v.* UNITED STATES. C. A. 11th Cir. Reported below: 367 Fed. Appx. 973; and

No. 10–5839. SMITH *v.* UNITED STATES. C. A. 11th Cir. Reported below: 370 Fed. Appx. 59. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Pepper* v. *United States, ante,* p. 476.

No. 10–5860. MANN *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Henderson* v. *Shinseki, ante,* p. 428.

No. 10–8262. HARVEY *v.* LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–8486. McKINNEDY *v.* REYNOLDS, WARDEN, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–8820. GONZALEZ LORA *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–11556. TOLENTINO *v.* NEW YORK. Ct. App. N. Y. [Certiorari granted, *ante,* p. 1043.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–10. TURNER *v.* ROGERS ET AL. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 1002.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and the time is divided as follows: 30 minutes for petitioner, 10 minutes for the Acting Solicitor General, and 30 minutes for respondents.